COM.

v.

CASTELLANOS, H.

1095 WDA 2016

Superior Court of Pennsylvania.

5/2/2017

CP–02–CR–0012036–2015
(Allegheny)

Affirmed

COM.

v.

CAMP, A.

1137 WDA 2016

Superior Court of Pennsylvania.

05/02/2017

CP–02–CR–0011111–1993
CP–02–CR–0011141–1993
(Allegheny)

Affirmed

COM.

v.

RAIN, S.

1236 WDA 2016

Superior Court of Pennsylvania.

05/02/2017

CP–43–CR–0001010–2014 (Mercer)

Affirmed

PENNY MAC CORP.

v.

CHUGHTAI, H.

857 EDA 2016

Superior Court of Pennsylvania.

05/03/2017

2013–06809
(Bucks)

Affirmed